# IN THE SUPREME COURT OF PENNSYLVANIA
## EASTERN DISTRICT

COMMONWEALTH OF PENNSYLVANIA,    :   No. 24 EAL 2023
               Respondent    :
               :   Petition for Allowance of Appeal
               :   from the Order of the Superior Court
       v.              :
               :
ROBERT STAPLES,          :
               :
            Petitioner      :

## <u>ORDER</u>

**PER CURIAM**

     **AND NOW**, this 7th day of July, 2023, the Petition for Allowance of Appeal is **DENIED**.